CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Phyl Grace, Esq., SBN 171771
Christopher Seabock, SBN 279640
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff, Chris Langer

JS-6

Curtis D. Parvin SBN 116079
curtis.parvin@sedgwicklaw.com
Jemma E. Dunn SBN 258454
jemma.dunn@sedgwicklaw.com
SEDGWICK LLP
3 Park Plaza, 17th Floor
Irvine, CA 92614-8540
Telephone: 949.852.8200
Facsimile: 949.852.8282
Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Bettec Corporation, a California Corporation;<br>Tap-Pit, Inc., a Nevada Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 8:14-CV-00676-RGK-JC<br><br>**ORDER DISMISSING CASE** |

**ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.  The court shall retain jurisdiction to enforce the terms of the settlement.

Dated: September 3, 2014

_____
HONORABLE GARY KLAUSNER